# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

### No. 19-1740V

Filed: May 28, 2026

* * * * * * * * * * * * * * * * * * * * * * * * *
JONATHAN COHEN and JESSICA
COHEN, *as parents and natural guardians of*
*S.C., a minor, deceased,*

                       Petitioners,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                       Respondent.
* * * * * * * * * * * * * * * * * * * * * * * * *

*Timothy J. Mason,* Law Office of Sylvia Chin-Caplan, LLC, Boston, MA, for Petitioners.
*Mary Eileen Holmes*, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION ON JOINT STIPULATION[1]

On November 8, 2019, Jonathan Cohen and Jessica Cohen ("Petitioners") filed a petition, seeking compensation under the National Vaccine Injury Compensation Program ("the Vaccine Program").[2] Pet., ECF No. 1. Petitioners, as parents and natural guardians of S.C., a minor, deceased, allege he developed a seizure disorder that resulted in his death from the measles, mumps, rubella ("MMR"), hepatitis A ("Hep A"), and pneumococcal ("PCV-13") vaccines he

---

[1] Although this Decision has been formally designated "not to be published," it will nevertheless be posted on the Court of Federal Claims' website in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 (2012). **This means the Decision will be available to anyone with access to the internet**. As provided by 42 U.S.C. § 300aa-12(d)(4)(B), however, the parties may object to the Decision's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the Decision in its present form will be available. *Id.*

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755 (codified as amended at 42 U.S.C. §§ 300aa-10–34 (2012)) (hereinafter "Vaccine Act" or "the Act"). All subsequent references to sections of the Vaccine Act shall be to the pertinent subparagraph of 42 U.S.C. § 300aa.

received on January 30, 2017. *See* Stipulation ¶ 2, 4, dated May 28, 2026 (ECF No. 105); *see also* Petition.

Respondent denies "that S.C.'s January 30, 2017 Hep A, MMR, and/or PCV-13 vaccinations caused his alleged seizure disorder, any other injury, or his death." *See* Stipulation ¶ 6. Nonetheless, both parties, while maintaining their above-stated positions, agreed in a stipulation filed May 28, 2026, that the issues before them can be settled and that a decision should be entered awarding Petitioners compensation.

I have reviewed the file, and based upon that review, I conclude that the parties' stipulation is reasonable. I therefore adopt it as my decision in awarding damages on the terms set forth therein.[3]

The stipulation awards:

a lump sum of $100,000.00 to be paid through an ACH deposit to petitioner[s'] counsel's IOLTA account for prompt disbursement to petitioners as legal representatives of the estate of S.C.

Stipulation ¶ 8. This award represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a). *Id.*

I approve a Vaccine Program award in the requested amount set forth above to be made to Petitioners. In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court is directed to enter judgment herewith.[4]

**IT IS SO ORDERED.**

**s/ Jennifer A. Shah**
Jennifer A. Shah
Special Master

---

[3] Petitioners electronically signed the stipulation using Docusign. Pursuant to OSM policy as of December 6, 2023, the last page of the stipulation containing Petitioners' email address, phone number, and IP address has been removed to avoid unnecessary disclosure of Petitioners' personal information.

[4] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by jointly filing notice renouncing their right to seek review.

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| JONATHAN COHEN and JESSICA COHEN, as Parents and Natural Guardians of S.C., a Minor, Deceased,<br><br>      Petitioners,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>      Respondent. | No. 19-1740V<br>Special Master Shah<br>ECF |

## **STIPULATION**

The parties hereby stipulate to the following matters:

1.  Jonathan and Jessica Cohen ("petitioners") filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to 34 (the "Vaccine Program") on behalf of their minor son, S.C.  The petition seeks compensation for injuries allegedly related to S.C.'s receipt of hepatitis A ("Hep A"), measles, mumps, and rubella ("MMR"), and/or pneumococcal ("PCV-13") vaccines, which vaccines are contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3(a)

2.  S.C. received the Hep A, MMR, and PCV-13 vaccines on January 30, 2017.

3.  The vaccines were administered within the United States.

4.  Petitioners allege that the Hep A, MMR, and/or PCV-13 vaccines caused S.C. to suffer a seizure disorder that later resulted in his death on January 4, 2018.

5.  Petitioners represent that there has been no prior award or settlement of a civil action for damages on S.C.'s behalf as a result of the alleged injury.

1

6. Respondent denies that S.C.'s January 30, 2017 Hep A, MMR, and/or PCV-13 vaccinations caused his alleged seizure disorder, any other injury, or his death.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioners have filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payment for all damages that would be available under 42 U.S.C. § 300aa-15(a):

> A lump sum of $100,000.00 to be paid through an ACH deposit to petitioners' counsel's IOLTA account for prompt disbursement to petitioners as legal representatives of the estate of S.C.

9. As soon as practicable after the entry of judgment on entitlement in this case, and after petitioners have filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), and an application, the parties will submit to further proceedings before the special master to award reasonable attorneys' fees and costs incurred in proceeding upon this petition.

10. Petitioners and petitioners' attorney represent that compensation to be provided pursuant to this Stipulation is not for any items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g), to the extent that payment has been made or can reasonably be expected to be made under any State compensation programs, insurance policies, Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or by entities that provide health services on a pre-paid basis.

2

11. Payment made pursuant to paragraph 8 and any amounts awarded pursuant to paragraph 9 of this Stipulation will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

12. Petitioners represent that they presently are, or within 90 days of the date of judgment will become, duly authorized to serve as legal representatives of the estate of S.C., under the laws of North Carolina. No payment pursuant to this Stipulation shall be made until petitioners provide the Secretary with documentation establishing petitioners' appointment as legal representatives of S.C.'s estate. If petitioners are not authorized by a court of competent jurisdiction to serve as legal representative of the estate of S.C. at the time a payment pursuant to this Stipulation is to be made, any such payment shall be paid to the party or parties appointed by a court of competent jurisdiction to serve as legal representative of the estate of S.C. upon submission of written documentation of such appointment to the Secretary.

13. In return for the payments described in paragraphs 8 and 9, petitioners, in their individual capacity, and on behalf of their heirs, executors, administrators, successors or assigns, do forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of S.C. resulting from, or alleged to have resulted from, the Hep A, MMR, and/or PCV-13 vaccines administered on or about January 30, 2017, as alleged by petitioners in a petition for vaccine compensation

3

filed on or about November 8, 2019, in the United States Court of Federal Claims as petition No. 19-1740V.

14. If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

15. This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended, except as otherwise noted in paragraph 9 above. There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to. The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the nature of the injury or condition or in the items of compensation sought, is not grounds to modify or revise this agreement.

16. This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that the Hep A, MMR, and/or PCV-13 immunizations, either singly or in combination, caused S.C.'s alleged seizure disorder, any other injury, or his death.

17. All rights and obligations of petitioners hereunder shall apply equally to petitioners' heirs, executors, administrators, successors, and/or assigns as the legal representative(s) of the estate of S.C.

**END OF STIPULATION**

/
/

4

Respectfully submitted,

**PETITIONERS:**

*Jonathan Cohen*
JONATHAN COHEN

*Jessica Cohen*
JESSICA COHEN

**ATTORNEY OF RECORD
FOR PETITIONER:**

TIMOTHY J. MASON
Law Office of Sylvia Chin-Caplan, LLC
53 State Street
Suite 500
Boston, MA 02109
617-419-7162
info@scc-law.com

**AUTHORIZED REPRESENTATIVE
OF THE ATTORNEY GENERAL:**

HEATHER L. PEARLMAN
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

**AUTHORIZED REPRESENTATIVE
OF THE SECRETARY OF HEALTH
AND HUMAN SERVICES:**

George R.
Grimes -S16

Digitally signed by George R.
Grimes -S16
Date: 2026.04.08 11:11:34
-04'00'

CAPT GEORGE REED GRIMES, MD, MPH
Director, Division of Injury
 Compensation Programs
Health Systems Bureau
Health Resources and Services
 Administration
U.S. Department of Health
 and Human Services
5600 Fishers Lane, 14W-18
Rockville, MD 20857

**ATTORNEY OF RECORD FOR
RESPONDENT:**

MARY E. HOLMES
Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
202-353-5339
mary.e.holmes@usdoj.gov

Dated: **5/28/2026**

5